UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
                                                  :
AMORPHOUS,                                        :
                                                  :
                    Plaintiff,                    :   19-CV-5466 (DAB)
                                                  :
          -v-                                     :   ORDER OF DISMISSAL
                                                  :
ROUGE AGENCY, LLC,                                :
                                                  :
                                                  :
                    Defendant.                    :
                                                  X
-------------------------------------------------

Deborah A. Batts, United States District Judge:

    The Court having been advised (Docket No. 18) by the Mediator that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

    To be clear, any application to reopen <u>must</u> be filed <u>within thirty days</u> of this Order; any application to reopen filed thereafter may be denied solely on that basis.

    The Clerk of Court is directed to close the case.


    SO ORDERED.

Dated:    New York, New York
            December 19, 2019

                                                *Deborah A. Batts*

                                                  DEBORAH A. BATTS
                                  United States District Judge